Patrick McMahon
Attorney for Defendants
Carlson & McMahon, PLLC
715 Washington Street
P.O. Box 2965
Wenatchee, WA 98807-2965
509-662-6131
509-663-0679 Facsimile
patm@carlson-mcmahon.org

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| ROSA SANCHEZ, SPECIAL ADMINISTRATOR FOR THE ESTATE OF MARIO M. TORRES, <br><br> Plaintiff, <br><br> vs. <br><br> MICHAEL CAMPOS, LARRY EHRHARDT, CITY OF WAPATO POLICE DEPARTMENT, CITY OF WAPATO, and JOHN AND JANE DOES 1-10, <br><br> Defendants. | NO. <br><br> (YAKIMA COUNTY SUPERIOR COURT CAUSE NO. 19-2-00676-39) <br><br> **DEFENDANTS' NOTICE OF REMOVAL TO FEDERAL DISTRICT COURT FOR THE EASTERN DISTRICT OF WASHINGTON** |

COME NOW, the above-named DEFENDANTS, Michael Campos, Larry Ehrhardt, City of Wapato Police Department, City of Wapato and John and Jane Does 1-10, by and through their attorney of record, Patrick McMahon of Carlson & McMahon, PLLC, and hereby submit a Notice of Removal to Federal District

DEFENDANTS' NOTICE OF REMOVAL TO FEDERAL
DISTRICT COURT FOR THE EASTERN DISTRICT OF
WASHINGTON
Page 1

Carlson & McMahon, PLLC
715 Washington Street
Post Office Box 2965
Wenatchee, WA 98807-2965
(509) 662-6131   Fax (509) 663-0679

Court pursuant to 28 U.S.C. §§ 1441 and 1446.

## GROUNDS FOR REMOVAL

On June 7, 2019, the above-named Plaintiff filed her Amended Complaint for Damages in Yakima County Superior Court alleging that Defendants violated the Plaintiff-Decedent Mario M. Torres' federal constitutional rights pursuant to 42 U.S.C. § 1983. (Amended Complaint for Damages.)

Federal statute 28 U.S.C. § 1441 allows the Defendants to remove the State filed civil action to the Federal District Court of the United States having original jurisdiction. In order to proceed in a § 1983 action, the Plaintiff must establish that some person deprived the Plaintiff of his/her federal, constitutional or statutory rights and that the allegations levied against the Defendant(s) is/are that he/they were acting under color of state law. Parratt v. Taylor, 451 U.S. 527, 535 (1981). "The district court shall have original jurisdiction of all civil actions arising under the Constitution, laws or treaties of the United States." 28 U.S.C. § 1331.

According to the Plaintiff's allegations, the above-named Defendants allegedly violated the Plaintiff-Decedent's civil rights thereby creating a federal cause of action pursuant to 42 U.S.C. § 1983. 28 U.S.C. § 1441 authorizes removal of any civil rights claim to the Federal District Court.

DEFENDANTS' NOTICE OF REMOVAL TO FEDERAL DISTRICT COURT FOR THE EASTERN DISTRICT OF WASHINGTON
Page 2

Carlson & McMahon, PLLC
715 Washington Street
Post Office Box 2965
Wenatchee, WA 98807-2965
(509) 662-6131   Fax (509) 663-0679

A copy of Plaintiff's Amended Complaint for Damages filed in Yakima County Superior Court is filed with this Notice of Removal.

Based on the above-referenced materials, the Defendants respectfully request this Court to enter an Order removing the Yakima County Superior Court Cause No. 19-2-00676-39 inclusive of all civil rights and state law claims levied against the Defendants to the United States Federal District Court for the Eastern District of Washington.

RESPECTFULLY SUBMITTED THIS 10th day of JUNE, 2019

CARLSON & McMAHON, PLLC

By _____
PATRICK McMAHON, WSBA #18809
Attorney for Defendants

715 Washington Street
P.O. Box 2965
Wenatchee, WA  98807-2965
509-662-6131
509-663-0679 Facsimile
patm@carlson-mcmahon.org

AWC05-02399\PLE Federal\Ntc Removal 06-10-19

DEFENDANTS' NOTICE OF REMOVAL TO FEDERAL DISTRICT COURT FOR THE EASTERN DISTRICT OF WASHINGTON
Page 3

Carlson & McMahon, PLLC
715 Washington Street
Post Office Box 2965
Wenatchee, WA  98807-2965
(509) 662-6131   Fax (509) 663-0679

## CERTIFICATION OF SERVICE

I declare under penalty of perjury under the laws of the State of Washington that on June 10, 2019, I electronically filed the foregoing with the Clerk of the Court for the United States District Court for the Eastern District of Washington using the CM/ECF system which will send notification of such filing to:

And I certify that I have served the foregoing via E-Mail **per agreement** to the following non CM/ECF participants:

Vito de la Cruz vito@tamakilaw.com

Signed at Wenatchee, Washington on June 10, 2019.

_____

PATRICK McMAHON, WSBA #18809

DEFENDANTS' NOTICE OF REMOVAL TO FEDERAL
DISTRICT COURT FOR THE EASTERN DISTRICT OF
WASHINGTON
Page 4

**Carlson & McMahon, PLLC**
715 Washington Street
Post Office Box 2965
Wenatchee, WA 98807-2965
(509) 662-6131   Fax (509) 663-0679