FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Sep 26, 2019

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| ROSA SANCHEZ, Special Administrator for the Estate of Mario M. Torres, <br><br> Plaintiff, <br><br> v. <br><br> MICHAEL CAMPOS, LARRY EHRHARDT, CITY OF WAPATO POLICE DEPARTMENT, CITY OF WAPATO, and JOHN and JANE DOES 1–10, <br><br> Defendants. | No.   1:19-cv-03133-SMJ <br><br> **ORDER DISMISSING CASE** |

On September 18, 2019, the parties filed a stipulated dismissal, ECF No. 10. Consistent with the parties' agreement and Federal Rule of Civil Procedure 41(a),

**IT IS HEREBY ORDERED**:

   **1.** The parties' Stipulation and Order of Dismissal with Prejudice, **ECF No. 10**, is **GRANTED**.

   **2.** All claims are **DISMISSED WITH PREJUDICE**, with all parties to bear their own costs and attorneys' fees.

   **3.** All pending motions are **DENIED AS MOOT**.

ORDER DISMISSING CASE **-** 1

**4.** All hearings and other deadlines are **STRICKEN**.

**5.** The Clerk's Office is directed to **CLOSE** this file.

**IT IS SO ORDERED.** The Clerk's Office is directed to enter this Order and provide copies to all counsel.

**DATED** this 26th day of September 2019.

_____
SALVADOR MENDOZA, JR.
United States District Judge